FILED IN
COURT OF CRIMINAL APPEALS

May 8, 2015

ABEL ACOSTA, CLERK

PD-1595-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/8/2015 11:17:29 AM
Accepted 5/8/2015 11:22:57 AM
ABEL ACOSTA
CLERK



## PAUL JOHNSON
### CRIMINAL DISTRICT ATTORNEY

DENTON COUNTY COURTS BUILDING, 3RD FLOOR
1450 E. McKINNEY, Suite 3100
P. O. BOX 2344
DENTON, TEXAS 76202

MAIN NUMBER 940-349-2600
MAIN FAX 940-349-2601
www.dentoncounty.com

HOT CHECKS 940-349-2700

May 8, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, Texas 78711

RE:   *Roger Liverman v. Texas*; *Aaron Liverman v. Texas*
      Trial Court No. F-2012-0136-D; F-2012-0137-D
      Court of Appeals No. 02-13-00176-CR; 02-13-00177-CR
      Court of Criminal Appeals No. PD-1595-14; PD-1596-14

Dear Ms. Acosta:

As indicated per this Court's letter dated May 8, 2015, oral argument will be permitted in the above-referenced cause. Accordingly, the undersigned will be pleased to attend oral argument set for submission on May 20, 2015, at 1:30 p.m.

Sincerely,

Lara Tomlin
Assistant Criminal District Attorney
Denton County, Texas